1
2
3
4
5
6
7
8
9           UNITED STATES DISTRICT COURT
10          CENTRAL DISTRICT OF CALIFORNIA
11
12  EDWIN O. CALULOT,                 )     Case No. EDCV 09-1081-VAP (PLAx)
                                       )
13              Plaintiff,             )     **JUDGMENT**
                                       )
14      v.                             )
                                       )
15  FIRST MAGNUS FINANCIAL             )
    CORPORATION, et al.                )
16              Defendants.            )
    _____       )
17
18  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

19          Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED

20  that Plaintiff's Complaint against Defendant Aurora Loan Services LLC f/k/a

21  Aurora Loan Services, Inc. is DISMISSED WITHOUT PREJUDICE.  The

22  Court orders that such judgment be entered.

23

24

25  Dated:  July 22, 2009         _____

26                                VIRGINIA A. PHILLIPS
                                  United States District Judge
27

28